# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 27, 2025

## NO. 03-24-00430-CV

**Lamia Phillips, Appellant**

**v.**

**Gena Gayle Anderson; Ace Discount Glass, Inc. d/b/a Ace Discount Glass and Door; and Chris Cavanaugh, Appellees**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY

This is an appeal from the final judgment signed by the trial court on July 23, 2024. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.